# VRC | Vladeck Raskin Clark P.C.

By ECF and Email

The Honorable Vernon S. Broderick                April 28. 2025
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10006

<em><strong>Re: United States v. Brian Mejia, 24 Cr 212 (VSB)</strong></em>

Dear Judge Broderick:

    I write to notify the Court and the Government that the defense withdraws notice of the proposed expert witness testimony at the upcoming hearing scheduled for Friday, May 2, 2025 at 11:30 am. We respectfully reserve the right to call an expert witness at the trial of this matter.

    Thank you for your time and consideration.

                                        Respectfully submitted,

                                        /s/ *Susan J. Walsh*
                                          Marissa Balonon-Rosen
                                           Attorneys for Brian Mejia

cc  Patrick Moroney, AUSA (by email and ECF)
     Brandon Harper, AUSA (by email and ECF)